### 8404. BANK OF OMEGA v. YOUMANS.

BLOODWORTH, J. 1. The petition sets out a cause of action, and the court properly overruled the demurrer.

2. Even if, under the facts of this case, counsel for the defendant in the court below should have been allowed to open and conclude the argument, yet, as the defendant introduced no evidence, and the evidence for the plaintiff demanded a verdict in his favor, the error was harmlss. "While the opening and conclusion of the argument is generally a valuable right, its refusal can not in any event be reversible error where the evidence demanded the verdict." *Madison Supply & Hardware Co.* v. *Richardson,* 8 *Ga. App.* 344 (5) (69 S. E. 45); *Moore* v. *Brown,* 81 *Ga.* 10 (3a) (6 S. E. 833). See also *Gibson* v. *Wilson,* 130 *Ga.* 243, 244 (3) (60 S. E. 565).

*Judgment affirmed. Broyles, P. J., and Harwell, J., concur.*
DECIDED NOVEMBER 14, 1917.

Complaint; from city court of Tifton—Judge Eve. December 30, 1916.

*R. D. Smith,* for plaintiff in error. *Fulwood & Hargrett,* contra.